■ DEBORAH A. LOVARCO et al., Respondents, v TOMMIE L. BROWN et al., Appellants. [623 NYS2d 150] —Appeal by the defendants from an order of the Supreme Court, Nassau County (McCabe, J.), dated September 17, 1993.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice McCabe at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.